IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )       8:00CR130
                               )
      v.                       )
                               )
JAVIER CORTES,                 )       ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion for dismissal, without prejudice, of the indictment against defendant Javier Cortes (Filing No. 420). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the indictment as it relates to defendant Javier Cortes is dismissed without prejudice.

DATED this 2nd day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court